

[ ALCOCK v. MEAD ]

Sarah Alcocke the Relict widdow of m$^r$ Sam$^{ll}$ Alcocke Physitian dece$^d$ plaint. ag$^t$ Richard Mead Sen$^r$ of Roxbury Def$^t$ in an action of the case for witholding from the s$^d$ Sarah possession of the house where the said Mead now dwells and the Lands thereto appertaining &c. together with all other Lands belonging or appertaining to the s$^d$ Alcock lying & scituate in Roxbury and now in the possession of the s$^d$ Mead & all due damages &c. according to Attachm$^t$. . . . The Jury . . . found for the Defend$^t$ costs of Court: The plaint. appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants & put in Security for the prosecution thereof to Effect.

[ Copy of Alcock's Will and Sarah's Reasons of Appeal in S. F. 1721.1, 2. She withdrew her action before it came to trial at the Court of Assistants.]

[ SHEFFEILD v. NITINGALE ]

Edmund Sheffeild Junio$^r$ plaint. ag$^t$ William Nitingale Def$^{dt}$ in an action of the case for the non payment of Fourty pound Sterling being the forfiture of a bond by Exchange of mony for not performing the Award of Fourteen pounds according to the determinacion of Caleb Hobart, Josiah Chapin Samuel Nile and William Veazy being Arbitrato$^{rs}$ indifferently chosen by s$^d$ Sheffeild & Nitingale as by theire Award bearing date the. Sixth of August. 1677. doth more fully appeare w$^{th}$ all [ 499 ] due damages &c. . . . The Jury . . .

found for the plaint. the Forfiture of the bond being Forty pounds mony and costs of Court twenty Shillings and four pence.

Execution issued 21° Decemb^r 1680.

### OUGHTRED ag^t CURWIN &c.

Charles Oughtred (or George Purkis his Lawfull Substitute Attourny of Samuel Sheafe of London ag^t Jonathan Curwin & Elisabeth his wife (Adm^x of the Estate of m^r Robert Gibbs dece^d) and James Whetcomb or either of them Def^ts The plaint. withdrew his Action.

Charles Oughtred (or George Purkis Lawfull Substitute) Attourny &c. plaint. ag^t Jonathan Curwin &c. Def^ts The plaint. withdrew his Action.

### COOKE ag^t HULL

Elisha Cooke Attourny of Cap^tn John Wincoll plaint. ag^t Capt^n John Hull Defend^t in an action of the case for witholding the Summe of two thousand pounds in currant mony of New-England due to s^d Wincoll by Obligacion under his hand & Seale bearing date the. 6th day of April. 1671. with all other due damages &c. . . . The Jury . . . found for the plaint. two thousand pounds mony being the penalty of the bond & costs of Court The Defend^t appealed from this Judgem^t unto the next Court of Assistants & gave Security for the prosecution thereof to Effect.

[ In this case John Hull the mintmaster was forced to break the record of which he had boasted four years earlier, that he had never sued any man nor been sued at law — S. E. Morison, Builders of the Bay Colony, p. 170; cf. id., p. 178, where a letter from Hull to George Broughton is quoted.

### S. F. 1775.2

Whereas Cap^t John Wincoll hath resigned and made over unto m^r John Hull and m^r Roger Plasteed all his right title and interest in the Salmon Fall[s] Mills as per agreement or writing under his hand and Seale dated with these pu^rsents appeares, w^ch is with the advice and consent of me Thomas Broughton Now know all men by these pu^rsents that J the said Thomas Broughton binde my Selfe heires Exec^rs & adm^rs in the penall Summe of two thousand pounds currant mony of New-England unto the s^d Capt. John Wincoll his heires Exec^rs adm^rs and assignes to save and keepe harmless the s^d Jn° Wincoll his heires Exec^rs adm^rs and assignes of and from all and all manner of debts dues claims & demands whatsoever any person or persons shall challenge or demand of him the s^d Wincoll his heires or assignes by bonds bills covenant contract promi[se] Booke debts or any other waies by which they may claim the same from the said Wincoll as concerning his